# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHARLES JOHNSON, | Case No.  1:16-cv-01040-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | (Doc. 2) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Plaintiff James Charles Johnson filed a complaint on July 18, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.   The Clerk of Court is DIRECTED to issue a summons; and

3.   The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   __July 20, 2016__                          __/s/ Sheila K. Oberto__
                                                UNITED STATES MAGISTRATE JUDGE