Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff JAMES CHARLES JOHNSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.:  1:16-cv-01040-SKO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff James Charles Johnson ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to February 21, 2017; and that Defendant shall have until March 28, 2017, to provide a response.

An extension of time for plaintiff is needed. As the Court is aware, Plaintiff's Counsel's Spouse passed away on September 30, 2016. Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his absence to meet his professional obligations, Counsel requires the additional time to prepare and file Plaintiff's Opening Brief.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 21, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATE:  February 21, 2017       PHILLIP A. TALBERT
United States Attorney
Deborah Stachel
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Sharon Lahey
_____
Sharon Lahey
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Based on the above stipulation of the parties (Doc. 12), and for good cause under Fed. R. Civ. P. 16(b)(4) shown,

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including February 21, 2017, to serve his Confidential Letter Brief. Defendant shall serve her response to Plaintiff's Confidential Letter Brief on or before March 28, 2017. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 22, 2017**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE