1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
   Telephone: (415) 977-8963
7  Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com
8
9  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| JAMES C. JOHNSON, | Case No.: 1:16-cv-01040-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief (Docket No. 15) be extended by 30 days. The current deadline is May 29, 2017, and the new deadline would be June 28, 2017. Any reply would be due on or before July 12, 2017. This is Defendant's first request for an extension of time and the second request for an extension of time in the above-captioned matter. Defense counsel requests this additional time so that she may continue to consider the possible settlement of this matter without further briefing by the parties.

/ / / /

/ / / /

/ / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: May 24, 2017                    Respectfully submitted,

                                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                  By:    /s/  *Steven Rosales*
                                               STEVEN ROSALES
                                               (*As authorized by email on May 24, 2017)

                                               PHILLIP A. TALBERT
                                               Acting United States Attorney
                                               DEBORAH LEE STACHEL
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

Dated: May 24, 2017             By:    /s/  *Sharon Lahey*
                                               SHARON LAHEY
                                               Special Assistant U.S. Attorney

## **ORDER**

    Good cause appearing, and pursuant to the above stipulation, the Court ORDERS that Defendant may file their responsive brief by no later than June 28, 2017 and Plaintiff may file his reply brief by no later than July 12, 2017.

IT IS SO ORDERED.

Dated: **May 25, 2017**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE