PHILLIP A. TALBERT (CSBN 145263)
Acting United States Attorney
DEBORAH LEE STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| JAMES C. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-01040-SKO<br><br>STIPULATION AND ORDER FOR REMAND TO AGENCY<br><br>(Doc. 18) |

IT IS HEREBY STIPULATED, by and between James C. Johnson (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that the above-captioned matter be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.  Upon remand, the Appeals Council will instruct the administrative law judge to further consider whether medical improvement has occurred and, if so, whether any exception applies to that finding, to proceed with the sequential evaluation process as necessary, and to provide sufficient rationale with specific references to the evidence of record in support of all findings and conclusions.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision.

Dated: June 29, 2017  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Steven Rosales
STEVEN ROSALES
(*As authorized by email on June 29, 2017)

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

Dated: June 29, 2017  By: /s/ Sharon Lahey
SHARON LAHEY
Special Assistant U.S. Attorney

## ORDER

Based upon the parties' above-Stipulation for Remand to Agency ("Stipulation for Remand") (Doc. 18), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff James C. Johnson and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **June 29, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE